UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMID MOLA and ZEINAB BIRJANDIAN,<br><br>Defendants. | Case Number: 2:24-cv-00466-BJR<br><br>ORDER FOR INTERPLEADER RELIEF |

Upon the Stipulation and Request for an Order for Interpleader Relief filed with the Court, and the Court having considered the Stipulation of the parties and counsel, and for good cause having been shown;

**IT IS HEREBY ORDERED:**

Finding good cause, the Court issues this Order providing for the following relief:

(1) Prudential is directed to distribute to Zeinab or, in the alternative, to the Clerk of the Court:

  a. a check in the amount of $10,000.00, representing the Life Death Benefit, together with applicable interest, if any; and

ORDER FOR INTERPLEADER RELIEF - 1

**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Rd., Suite 560
Tigard, OR 97223
Telephone: (503) 242-2922

    b. a check in the amount of $23,700.00, representing the AD&D Death Benefit, together with applicable interest, if any; and

    c. in the event there is an election to deposit the funds with the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $33,700;

 (2) The Clerk of the Court is directed to deposit any proceeds received into an interest-bearing account pending further direction from the Court;

 (3) Prudential is discharged from any and all liability to Zeinab and Omid relating in any way to the Plan and/or Death Benefits;

 (4) Zeinab and Omid are each permanently enjoined from instituting or prosecuting any claims or actions against Prudential in any forum seeking payment of the Death Benefits or otherwise in connection with the Plan;

 (5) Zeinab and Omid are directed to each release, remise, and forever disclaim all claims, rights, interests and actions that such Defendant might otherwise have held against Prudential and its present and former parents, subsidiaries and affiliated corporations, predecessors, successors and assigns and their respective officers, directors, agents, employees, representatives, attorneys, fiduciaries and administrators, with respect to the Death Benefits or otherwise in connection with the Plan;

 (6) Zeinab and Omid shall indemnify and hold harmless Prudential from any and all claims asserted by any person or person(s), successors, heirs other than themselves, or beneficiaries other than themselves against Prudential concerning or arising out of the Plan and/or the Death Benefits; and

/ / /

(7)     Prudential is dismissed from this action, with prejudice, and all claims asserted or that could have been asserted herein against Prudential are dismissed with prejudice, and without fees or costs to any party.

DATED this 18th day of June 2024.

*[signature]*

THE HONORABLE BARBARA J. ROTHSTEIN

Respectfully Presented By:

**GORDON & POLSCER, L.L.C.**

By: *s/ Andrew S. Moses*
Andrew S. Moses, WSB No.: 49552
amoses@gordon-polscer.com
GORDON & POLSCER, L.L.C.
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:     (503) 242-2922
Facsimile:      (503) 242-1264

*Counsel for Plaintiff*
*The Prudential Insurance Company of America*